**Earl MITCHELL, Appellant,**

v.

**Charles H. WAGNER; Dave Zioia; Jerry Pancoke; Carrol Castelberry; Joel Dalton, Director; James C. Fosket, Appellees.**

**No. 00–1031.**

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 26, 2001.

Filed Jan. 29, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Earl Mitchell, a Nebraska inmate, appeals the District Court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action in which he claimed that certain Hall County Corrections Department employees exposed him to deplorable cell conditions and used excessive force. After de novo review, *see Buckley v. Rogerson*, 133 F.3d 1125, 1126 (8th Cir.1998), we agree with the District Court that defendants were entitled to qualified immunity on the unsanitary-conditions claim, *see id.* at 1128 (explaining that government officials have qualified immunity from suit unless their actions violate clearly established statutory or constitutional rights of which reasonable person would have known); *Whitnack v. Douglas County*, 16 F.3d 954, 957–58 (8th Cir.1994). We conclude that the force Mitchell alleged was used did not rise to the level of a constitutional violation. *See Jones v. Shields*, 207 F.3d 491, 494–95, 497 (8th Cir.2000).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny Mitchell's motion to strike portions of appellees' brief.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.